**Order entered June 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00198-CV

### THE STATE OF TEXAS, Appellant

### V.

### CASH AUTO SALES, INC. F/K/A/ LARRY LAKE D/B/A CASH AUTO SALES AND VIP FINANCE OF TEXAS, INC. F/K/A TRAVIS LAKE D/B/A VIP FINANCE, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-96-11528**

## ORDER

Before the Court is appellant's June 6, 2018 unopposed third motion for an extension of time to file a brief.  We **GRANT** the motion and extend the time to **June 22, 2018**.  We caution appellant that further requests for extension in this accelerated appeal will be disfavored.

/s/　　ADA BROWN
　　　　JUSTICE